Lower Merion Township *v.* 34 Derwen Road, Inc., et al., Appellants.

Argued April 12, 1949. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Benjamin H. Hellman*, with him *Raymond Pearl-stine*, for appellants.

*John E. Forsythe, Jr.*, with him *Edmund B. Spaeth, Jr., Federico F. Mauck* and *Wright, Mauck, Hawes & Forrest*, for appellee.

PER CURIAM, May 23, 1949:
The decree is affirmed on the opinion of Judge DANNEHOWER. Costs to be paid by the appellant.